UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

Criminal No: 25-CR-20593
Hon. Brandy R. McMillion

v.

D-1 SHAKEEB CHINOY, M.D.,
D-2 SUNIL MANJILA-VARGHESE, M.D.,
D-3 ROMMEL HARVEY, and
D-4 GREGORY SPARKS,

    Defendants.
_____/

**GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS**

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment and Arrest Warrants in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictment and arrest warrant, implicitly authorizes this Court to unseal indictment and arrest warrants.

3. The government requests that the Indictment and Arrest Warrants be unsealed because defendants have been arrested or appearing voluntarily and are entitled to receive a copy of the Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

JEROME F. GORGON, Jr.
United States Attorney

s/ANDREW LIEVENSE
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9665
andrew.lievense@usdoj.gov

Dated:  August 14, 2025

**IT IS SO ORDERED.**

Entered: August 14, 2025

s/Kimberly G. Altman
HON. KIMBERLY G. ALTMAN
United States Magistrate Judge